UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OMEGA CABLE & COMMUNICATIONS, INC., ET AL., | ) ) ) | CASE NO. 5:05CV1780 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | ) ) ) | |
| TIME WARNER, INC., ET AL., | ) ) | ORDER |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Defendants' Northeast Ohio Division of Time Warner Cable, a Division of Time Warner Entertainment Company L.P. and Texas and Kansas City Cable Partners, L.P. Motion for Leave to Re-File Stricken Motions for Partial Summary Judgment (ECF #56). Defendants filed multiple summary judgment motions in a blatant attempt to avoid the page limitations of Local Rule 7.1. The Court subsequently struck the offending motions. Defendants could have motioned the Court for leave to exceed the page limitations set forth in Local Rule 7.1. Defendants now seek to re-file the stricken motions or seek leave to exceed the page limitation. The Court overrules Defendants' Motion as it would require yet another continuation of dates in a case in which there have already been multiple discovery and motion extensions.

IT IS SO ORDERED.

FILED
OCT 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge